# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAUL ALCANTARA-BAHENA,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83969

FILED

JAN 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 24, 2021. Appellant did not file the notice of appeal, however, until December 15, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Hon. Connie J. Steinheimer, District Judge
Raul Alcantara-Bahena
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk